| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

EDWARD JAMES COLEMAN, JR.,        §
                                  §
            Petitioner,           §
                                  §
*versus*                          §   CIVIL ACTION NO. 9:24-CV-65
                                  §
DIRECTOR, TDCJ-CID,               §
                                  §
            Respondent.           §

**ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Petitioner Edward James Coleman, Jr., a prisoner in the custody of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends denying Petitioner's Motions for Default Judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, Petitioner's objections (#58) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the magistrate judge's Report and Recommendation (#55) is **ADOPTED**. Petitioner's Motions for Default Judgment (#22, #33, and #45) are **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of March, 2025.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE